UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASONJA PORTER, | No. 2:14-cv-2984 KJM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF DAVIS POLICE, et al., | |
| Defendants. | |

Plaintiff Lasonja Porter is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 16, 2015, the undersigned dismissed plaintiff's complaint and granted plaintiff leave to file an amended complaint within twenty-eight days. (Dkt. No. 4.) On July 8, 2015, plaintiff filed a request for an extension of time to file an amended complaint, explaining that plaintiff was about to undergo surgery. (Dkt. No. 5.) Attached to plaintiff's request is a letter from her doctor confirming that plaintiff was scheduled to have surgery on July 10, 2015.

Having reviewed plaintiff's filing, the undersigned finds good cause to grant plaintiff's request for an extension of time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 8, 2015 request for an extension of time (Dkt. No. 5) is granted; and

2. Plaintiff shall file an amended complaint within twenty-eight days from the date of this order.[1]

Dated:  July 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\porter2984.eot.ord.docx

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action, plaintiff may file a notice of voluntary dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2