| | |
|---|---|
| 1 | AMIE McTAVISH, ESQ., SB No. 242372 |
| | Email: amctavish@akk-law.com |
| 2 | SEAN D. O'DOWD, ESQ., SB No. 296320 |
| | Email: sodowd@akk-law.com |
| 3 | **ANGELO, KILDAY & KILDUFF, LLP** |
| | Attorneys at Law |
| 4 | 601 University Avenue, Suite 150 |
| 5 | Sacramento, CA 95825 |
| | Telephone: (916) 564-6100 |
| 6 | Telecopier: (916) 564-6263 |

Attorneys for Defendants CITY OF DAVIS (erroneously sued herein as CITY OF DAVIS POLICE DEPARTMENT), JEFF VIGNAU, and DEREK RUSSELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LASONJA PORTER, an individual, | ) | Case No.: 2:14-cv-02984-KJM-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS VARIOUS** |
| vs. | ) | **CAUSES OF ACTION AGAINST** |
| | ) | **DEFENDANTS; ORDER** |
| CITY OF DAVIS POLICE DEPARTMENT, et al., | ) | |
| | ) | **Honorable Kimberly J. Mueller** |
| | ) | |
| Defendants. | ) | |

TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff LASONJA PORTER ("Plaintiff") and Defendants CITY OF DAVIS (erroneously sued herein as CITY OF DAVIS POLICE DEPARTMENT), JEFF VIGNAU, and DEREK RUSSELL (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1) Plaintiff's Negligent Infliction of Emotional Distress claims against Defendants are dismissed with prejudice;

2) Any and all claims arising under 42 U.S.C. section 1983 for violation of the First Amendment of the United States Constitution against Defendants are dismissed with prejudice;

3) Any and all claims arising under 42 U.S.C. section 1981 for Equal rights Under the Law against Defendants are dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of the above-dismissed claims.

IT IS SO STIPULATED.

Dated: May 8, 2017                                ANGELO, KILDAY & KILDUFF, LLP

                                                                   */s/ Sean D. O'Dowd*
By:_____
   AMIE McTAVISH
   SEAN D. O'DOWD
   Attorneys for Defendants

Dated: May 2, 2017                                LAW OFFICES OF KELLAN PATTERSON

                                                                   */s/ Kellan S. Patterson* (as authorized on 5/2/17)
By:_____
KELLAN S. PATTERSON
Attorney for Plaintiff, LASONJA PORTER

-2-
**STIPULATION FOR DISMISSAL OF ACTION AND ORDER**

**ORDER**

Having reviewed the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1) Plaintiff's Negligent Infliction of Emotional Distress claims against Defendants are dismissed with prejudice;

2) Any and all claims arising under 42 U.S.C. section 1983 for violation of the First Amendment of the United States Constitution against Defendants are dismissed with prejudice;

3) Any and all claims arising under 42 U.S.C. section 1981 for Equal rights Under the Law against Defendants are dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of the above-dismissed claims.

**IT IS SO ORDERED.**

DATED: May 8, 2017

_____
UNITED STATES DISTRICT JUDGE